UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DAWN COLONNI**<br><br>　　　　　Plaintiff<br><br>v.<br><br>**DITECH FINANCIAL, LLC**<br>c/o C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108-3408<br><br>　　　　　Defendant. | Case No. 19-00071 (AVC)<br><br><br><br><br>June 12, 2019 |

## NOTICE OF BANKRUPTCY

The Defendant is in bankruptcy. The Chapter 11 bankruptcy case 19-10412 was filed on February 11, 2019 in the New York Southern Bankruptcy Court. The case is currently pending.

Dated: Groton, Connecticut　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ David F. Falvey
　　　　　　　　　　　　　　　　　　　　　David F. Falvey (ct08516)
　　　　　　　　　　　　　　　　　　　　　Action Advocacy PC
　　　　　　　　　　　　　　　　　　　　　One Crouch Street
　　　　　　　　　　　　　　　　　　　　　Groton, CT 06340
　　　　　　　　　　　　　　　　　　　　　Telephone: (860) 449-1510
　　　　　　　　　　　　　　　　　　　　　Facsimile: (860) 449-8046
　　　　　　　　　　　　　　　　　　　　　Email: office@actionadvocacy.com
　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DAWN COLONNI**<br><br>Plaintiff<br><br>v.<br><br>**DITECH FINANCIAL, LLC**<br>c/o C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108-3408<br><br>Defendant. | CASE NO. 19-00071 (AVC)<br><br><br>JUNE 12, 2019 |

## CERTIFICATE OF SERVICE

I, David F. Falvey hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2019.

/s/ David F. Falvey
David F. Falvey (ct08516)
Action Advocacy PC
One Crouch Street
Groton, CT 06340
Telephone: (860) 449-1510
Facsimile: (860) 449-8046
Email: office@actionadvocacy.com
Counsel for Plaintiff

2